IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHERYL LINDSEY                                                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 1:19-CV-00015-SA-DAS

NORTH MISSISSIPPI MEDICAL CENTER, INC.
NORTH MISSISSIPPI HEALTH SERVICES, INC.                                  DEFENDANTS

AGREED ORDER OF DISMISSAL

The Parties have agreed to, and request, the dismissal without prejudice of all of Plaintiff Cheryl Lindsey's claims against the Defendant identified as "North Mississippi Health Services, Inc." and its dismissal *without prejudice* from this lawsuit. As the Parties agree to this dismissal, it is hereby ORDERED that "North Mississippi Health Services, Inc." is terminated as a Defendant from this lawsuit and shall be removed from the caption of this lawsuit. This Agreed Order of Dismissal does not impact North Mississippi Medical Center, Inc.'s status as a Defendant.

SO ORDERED, this the 28th day of October, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ Ron L. Woodruff
Ron L. Woodruff, Esq.
*Attorney for Plaintiff*

/s/ Martin J. Regimbal
Martin J. Regimbal, Esq.
*Attorney for Defendants*