IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHERYL LINDSEY                                                                                           PLAINTIFF

V.                                                                              CIVIL ACTION NO. 1:19-CV-15-SA-DAS

NORTH MISSISSIPPI MEDICAL CENTER, INC.                                            DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 7th day of November, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE